

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NOS.  02-14-00326-CR**
**02-14-00327-CR**

KEVIN ERIC ROSS                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1373814W, 1374187W

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Withdraw Notice of Appeal."

The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex.

R. App. P. 42.2(a).  No decision of this court having been delivered before we

---

[1]*See* Tex. R. App. P. 47.4.

received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R.

App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 16, 2014